**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

January 18, 2018

The court has received your initiating documents for case #2:18−cv−00071−MAT *T.B. ET AL V. NATIONAL RAILROAD PASSENGER CORPORATION* and has identified the deficiencies listed below.**Please note:** Any underlined points of reference below will contain a link to the source materials.

**Attorney Admission:**
Counsel Ben R. Ferguson is not admitted to practice in the US District Court, Western District of Washington. Counsel must submit a Petition for Admission and register for ECF Filing access. After you have been admitted to practice before this court, please promptly file a Notice of Appearance in this case pursuant to LCR 83.2. Questions about this process should be directed to the Attorney Admission Clerk at (206) 370−8862 or dana_scarp@wawd.uscourts.gov.

**Additional Notes:** ADDITIONAL NOTES TO FILER: 1) The filer is responsible for entering party text exactly as it appears on the complaint. For example, on his own behalf and the marital community should have been entered as party text for Michael Brodigan. Docket has been updated. 2) In the future, do not add party or attorney addresses, phone numbers, email addresses, etc., on the case participants screen unless the party will be appearing pro se. Thank you.

***Please call the Attorney Case Opening Helpdesk at 206−370−8787 if you have any additional questions.***

Thank you.

cc: file