UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T.B., a minor child, by and through his natural parents and default guardians, MICHAEL BRODIGAN and ROBYN BRODIGAN, MICHAEL BRODIGAN on his own behalf, and ROBYN BRODIGAN on her own behalf, and the marital community of MICHAEL BRODIGAN and ROBYN BRODIGAN,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, a District of Columbia corporation,<br><br>Defendant. | Case No.<br><br>**NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT** |

**TO: RAYMOND E.S. BISHOP, DEREK K. MOORE, BEN R. FERGUSON and BISHOP LEGAL, Attorneys for Plaintiffs:**

NOTICE IS HEREBY GIVEN, pursuant to 28 U.S.C. § 1441 *et seq*., that on January 17, 2018, Defendant National Railroad Passenger Corporation d/b/a Amtrak ("Amtrak"), by and through its attorneys, filed a Notice of Removal to Federal Court, removing this action to the United States District Court for the Western District of Washington.

True and correct copies of the Notice of Removal to Federal Court and the Notice to Clerk of Removal to Federal Court are attached hereto.



**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

This removal terminates the Washington State Court's jurisdiction and all proceedings in said forum, pursuant to 28 U.S.C. § 1446(d).

DATED this 17th day of January 2018.

LANE POWELL PC

By: */s/ Andrew G. Yates*
Tim D. Wackerbarth, WSBA No. 13673
wackerbartht@lanepowell.com
Andrew G. Yates, WSBA No. 34239
yatesa@lanepowell.com
Warren E. Babb, Jr., WSBA No. 13410
babbw@lanepowell.com
Rachel B. Greenlee, WSBA No. 49873
greenleer@lanepowell.com

Attorneys for Defendant National Railroad Passenger Corporation d/b/a Amtrak



**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

## CERTIFICATE OF SERVICE

I, hereby certify under penalty of perjury of the laws of the State of Washington that on the 17th day of January 2018, I caused to be served a copy of the attached document to the following person(s) in the manner indicated below at the following address(es):

Raymond E.S. Bishop
Derek K. Moore
Ben R. Ferguson
Bishop Legal
19743 First Avenue S.
Normandy Park, WA 98148-2401
ray@bishoplegal.com
derek@bishoplegal.com
ben@bishoplegal.com

☑ by CM/ECF
☐ by Electronic Mail
☐ by Facsimile Transmission
☐ by First Class Mail
☑ by Hand Delivery
☐ by Overnight Delivery

DATED this 17th day of January 2018.

Sabrina Mitchell



LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

THE HONORABLE JOHANNA BENDER

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| T[redacted] B[redacted], a minor child, by and through his natural parents and default guardians, MICHAEL BRODIGAN and ROBYN BRODIGAN; MICHAEL BRODIGAN on his own behalf; ROBYN BRODIGAN on her own behalf; and the marital community of MICHAEL BRODIGAN and ROBYN BRODIGAN,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, a District of Columbia corporation,<br><br>Defendant. | No. 18-2-00558-2 KNT<br><br>**NOTICE TO CLERK OF REMOVAL OF ACTION TO FEDERAL COURT** |

**TO: THE CLERK OF KING COUNTY SUPERIOR COURT;**

**AND TO: RAYMOND E.S. BISHOP, DEREK K. MOORE, BEN R. FERGUSON and BISHOP LEGAL, Attorneys for Plaintiffs:**

NOTICE IS HEREBY GIVEN, pursuant to 28. U.S.C. § 1441 *et seq.*, that on January 17, 2018, Defendant National Railroad Passenger Corporation d/b/a Amtrak ("Amtrak"), by and through its attorneys, filed a Notice of Removal to Federal Court, removing this action to the United States District Court for the Western District of Washington.



LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

True and correct copies of the Notice of Removal to Federal Court and the Notice to Plaintiff of Removal to Federal Court are attached hereto.

DATED this 17th day of January 2018.

LANE POWELL PC

By: */s Andrew G. Yates*
Tim D. Wackerbarth, WSBA No. 13673
wackerbartht@lanepowell.com
Andrew G. Yates, WSBA No. 34239
yatesa@lanepowell.com
Warren E. Babb, Jr., WSBA No. 13410
babbw@lanepowell.com
Rachel B. Greenlee, WSBA No. 49873
greenleer@lanepowell.com

Attorneys for Defendant National Railroad Passenger Corporation d/b/a Amtrak



**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

## CERTIFICATE OF SERVICE

I, hereby certify under penalty of perjury of the laws of the State of Washington that on the 17th day of January 2018, I caused to be served a copy of the attached document to the following person(s) in the manner indicated below at the following address(es):

Raymond E.S. Bishop
Derek K. Moore
Ben R. Ferguson
Bishop Legal
19743 First Avenue S.
Normandy Park, WA 98148-2401
ray@bishoplegal.com
derek@bishoplegal.com
ben@bishoplegal.com

☑ by CM/ECF
☐ by Electronic Mail
☐ by Facsimile Transmission
☐ by First Class Mail
☑ by Hand Delivery
☐ by Overnight Delivery

DATED this 17th day of January 2018.

Sabrina Mitchell



**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T[redacted] B[redacted], a minor child, by and through his natural parents and default guardians, MICHAEL BRODIGAN and ROBYN BRODIGAN, MICHAEL BRODIGAN on his own behalf, and ROBYN BRODIGAN on her own behalf, and the marital community of MICHAEL BRODIGAN and ROBYN BRODIGAN,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, a District of Columbia corporation,<br><br>Defendant. | Case No.<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT** |

Defendant National Railroad Passenger Corporation d/b/a ("Amtrak") by and through its attorneys, hereby removes the above-captioned action, currently pending in the Superior Court of King County, Washington, to the United States District Court for the Western District of Washington. Removal is based on 28 U.S.C. §§ 1331, 1332, 1349, and 1367 and authorized by 28 U.S.C. §§ 1441 and 1446. As grounds for removal, Defendant states:

## I. BACKGROUND

Plaintiffs commenced this action on or about January 5, 2018, by filing this action in King County Superior Court under Cause No. 18-2-00558-2 KNT (the "State Court Action") Pursuant to LCR 101(b), a true and correct copy of the operative complaint in the State Court



LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

Action is appended hereto as **Exhibit A**.

## II. STATUTORY REQUIREMENTS

A. Federal Question Jurisdiction. Federal question jurisdiction exists in this action because Plaintiffs have asserted a claim against Amtrak, a federally chartered corporation whose majority stockholder is the United States of America.

Amtrak was created under the Rail Passenger Service Act of 1970, 45 U.S.C. § 541, *et seq*. (recodified as 49 U.S.C. § 24101-24709) and is therefore a federally chartered corporation. In the *Pacific Railroad Removal Cases*, 115 U.S. 1 (1885), the United States Supreme Court ruled that an action against a federally chartered corporation presented a federal question under 28 U.S.C. § 1331. As a result, this Court has original jurisdiction of this action against Amtrak under 28 U.S.C. § 1331, which provides for original jurisdiction in cases that arise under the laws of the United States, and 28 U.S.C. § 1349, which provides for original jurisdiction over claims against corporations where the United States owns more than 50 percent of the capital stock. *See Aliotta v. National R.R. Passenger Corporation*, 315 F.3d 756 (7th Cir. 2003); *Walker v. National R.R. Passenger Corp.*, 703 F. Supp. 2d 495, 500 (D. Md; 2010) and *Hollus v. Amtrak*, 937 F. Supp. 1110, 1113-14 (D. N.J. 1996).

B. Diversity Jurisdiction.[1]

1. Complete Diversity Exists. Diversity jurisdiction exists in this action because Plaintiff and Amtrak are citizens of different states. 28 U.S.C. § 1332(a)(1). "Complete diversity exists when the parties are domiciled in separate states." *Umouyo v. Bank of Am., N.A.*, No. 2:16-CV-01576-RAJ, 2017 WL 1532664, at *2 (W.D. Wash. Apr. 28, 2017) (citing *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001)). Plaintiffs are domiciled in and are therefore citizens of Washington. Yates Decl. ¶ 3; *Kantor v. Wellesley Galleries, Ltd.*, 704 F.2d 1088,

[1] Counsel for Plaintiffs has represented that he intends to join non-diverse defendants after expiration of statutory timing requirements related to pre-suit notices that must be given to certain governmental entities. Amtrak reserves its rights to assert any applicable exceptions to the complete diversity requirement (such as a party's nominal status or fraudulently joined parties). However, in any event, any properly joined non-diversedefendant would not defeat Amtrak's removal under 28 U.S.C. § 1331 and §1349. *See Walter v. Drayson*, 496 F. Supp. 2d 1162, 1177 (D. Haw. 2007), *aff'd*, 538 F.3d 1244 (9th Cir. 2008).



LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

1090 (9th Cir. 1983). "Amtrak is a citizen only of the District of Columbia when deciding original jurisdiction of the district courts of the United States in a civil action." 49 U.S.C. §24301(b). Plaintiffs and Amtrak are therefore citizens of different states for diversity jurisdiction purposes.

2. Amount in Controversy. The Complaint seeks economic and noneconomic damages for alleged "catastrophic permanent, and disabling personal injuries" to minor Plaintiff T[redacted] B[redacted] arising out of the December 18, 2017 derailment of Amtrak Cascades Train No. 501. Complaint ¶¶ 5.2-5.3. Plaintiffs Michael and Robyn Brodigan, Mr. Brodigan's parents, also seek economic and noneconomic damages based on theories including loss of parental consortium and destruction of the parent-child relationship. *Id.* ¶¶ 6.1-7.3. Given the nature of Plaintiffs' claims and alleged damages, Amtrak alleges that the amount in controversy will exceed the jurisdictional threshold of $75,000. *See Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 554, 190 L. Ed. 2d 495 (2014) (explaining that a removing defendant need only make "a plausible allegation that the amount in controversy exceeds the jurisdictional threshold" if the amount is not specified). The amount in controversy requirement is met.

## III. PROCEDURAL REQUIREMENTS

A. Removal to this Court Is Proper. Pursuant to 28 U.S.C. §§ 1441(a)-(b) and 1446(a), Defendant files this Notice of Removal in the United States District Court for the Western District of Washington, which is the federal district court embracing the state court where Plaintiffs have brought the State Court Action - King County, Washington. Venue is proper in this district pursuant to 28 U.S.C. 1391(a) and 28 U.S.C. 128(b).

B. Removal Is Timely. The Complaint was served on Amtrak on or about January 9, 2018. Yates Decl. ¶ 4. Amtrak has filed this Notice within 30 days after receipt or service of the Complaint in the State Court Action, and as such, removal is timely. *See* 28 U.S.C. § 1446(b)(2)(B).



LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

C. Consent. Consent is not required for removal under 28 U.S.C. § 1331 and there are no other defendants from whom to obtain consent to the extent this matter is removed under 28 U.S.C. § 1332.

D. Bond and Verification. Pursuant to Section 1016 of the Judicial Improvements and Access to Justice Act of 1988, no bond is required in connection with this Notice of Removal. Pursuant to Section 1016 of the Act, this Notice need not be verified.

E. Signature. This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11. *See* 28 U.S.C. § 1446(a).

F. Pleadings and Process. True and correct copies of the pleadings on file in the State Court Action, including a current docket sheet, are attached to the Yates Decl. *See* 28 U.S.C. § 1446(a). Amtrak has paid the appropriate filing fee to the Clerk of this Court upon the filing of this Notice.

G. Notice. Amtrak will promptly serve Plaintiffs and file with this Court its Notice of Removal to Plaintiffs, informing Plaintiffs that this matter has been removed to federal court. *See* 28 U.S.C. §§ 1446(a), (d). Amtrak will also promptly file with the Clerk of the Superior Court of Washington, County of King, and serve on Plaintiffs, a Notice to Clerk of Removal to Federal Court, pursuant to 28 U.S.C. § 1446(d).

// //

// //

// //

// //

// //

// //

// //

// //

// //

// //



**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

WHEREFORE, this action should proceed in the United States District Court for the Western District of Washington, as an action properly removed thereto.

DATED this 17th day of January 2018.

LANE POWELL PC

By: */s/ Tim D. Wackerbarth*
Tim D. Wackerbarth, WSBA No. 13673
wackerbartht@lanepowell.com

By: */s/ Andrew G. Yates*
Andrew G. Yates, WSBA No. 34239
yatesa@lanepowell.com

By: */s/ Warren E. Babb, Jr.*
Warren E. Babb, Jr., WSBA No. 13410
babbw@lanepowell.com

By: *Rachel B. Greenlee*
Rachel B. Greenlee, WSBA No. 49873
greenleer@lanepowell.com

Attorneys for Defendant National Railroad Passenger Corporation d/b/a Amtrak



**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

## CERTIFICATE OF SERVICE

I, hereby certify under penalty of perjury of the laws of the State of Washington that on the 17th day of January 2018, I caused to be served a copy of the attached document to the following person(s) in the manner indicated below at the following address(es):

Raymond E.S. Bishop
Derek K. Moore
Ben R. Ferguson
Bishop Legal
19743 First Avenue S.
Normandy Park, WA 98148-2401
ray@bishoplegal.com
derek@bishoplegal.com
ben@bishoplegal.com

- ☑ by CM/ECF
- ☐ by Electronic Mail
- ☐ by Facsimile Transmission
- ☐ by First Class Mail
- ☑ by Hand Delivery
- ☐ by Overnight Delivery

DATED this 17th day of January 2018.

Sabrina Mitchell

Sabrina Mitchell



LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107