UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T.B., a minor child, by and through his natural parents and default guardians, MICHAEL BRODIGAN and ROBYN BRODIGAN, MICHAEL BRODIGAN on his own behalf, and ROBYN BRODIGAN on her own behalf, and the marital community of MICHAEL BRODIGAN and ROBYN BRODIGAN,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, a District of Columbia corporation,<br><br>Defendant. | Case No.<br><br>**DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S CORPORATE DISCLOSURE STATEMENT** |

Defendant National Railroad Passenger Corporation d/b/a Amtrak ("Amtrak") makes the following disclosure statement pursuant to Fed. R. Civ. P. 7.1:

Amtrak was created in 1971 pursuant to the Rail Passenger Service Act of 1970, 45 U.S.C. § 541, *et. seq.*, recodified as 49 U.S.C. §§ 24101-24709. The United States of America owns more than 50% of the capital stock of Amtrak and has since its inception.



**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

DATED this 17th day of January 2018.

LANE POWELL PC

By: */s/ Andrew G. Yates*
Tim D. Wackerbarth, WSBA No. 13673
wackerbartht@lanepowell.com
Andrew G. Yates, WSBA No. 34239
yatesa@lanepowell.com
Warren E. Babb, Jr., WSBA No. 13410
babbw@lanepowell.com
Rachel B. Greenlee, WSBA No. 49873
greenleer@lanepowell.com

Attorneys for Defendant National Railroad Passenger Corporation d/b/a Amtrak



LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

**CERTIFICATE OF SERVICE**

I, hereby certify under penalty of perjury of the laws of the State of Washington that on the 17th day of January 2018, I caused to be served a copy of the attached document to the following person(s) in the manner indicated below at the following address(es):

| | |
|---|---|
| Raymond E.S. Bishop<br>Derek K. Moore<br>Ben R. Ferguson<br>Bishop Legal<br>19743 First Avenue S.<br>Normandy Park, WA 98148-2401<br>ray@bishoplegal.com<br>derek@bishoplegal.com<br>ben@bishoplegal.com | ☑ by CM/ECF<br>☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☑ by Hand Delivery<br>☐ by Overnight Delivery |

DATED this 17th day of January 2018.

Sabrina Mitchell



LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107