UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T.B. ET AL.,<br><br>Plaintiff(s),<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>Defendant(s). | CASE NO. 2:18−cv−00071−RSM<br><br>MINUTE ORDER REASSIGNING CASE |

Pursuant to the Amended General Order 01−15 and a request for reassignment to a district judge having been received, this action is hereby reassigned to Honorable Ricardo S. Martinez , United States District Judge. All future documents filed in this case must bear the cause number 2:18−cv−00071−RSM and bear the Judge's name in the upper right hand corner of the document.

DATED January 19, 2018

William M. McCool
Clerk of Court

By: /s/ Kadya M Peter
Deputy Clerk