The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T.B., a minor child, by and through his natural parents and default guardians, MICHAEL BRODIGAN and ROBYN BRODIGAN, MICHAEL BRODIGAN on his own behalf, and ROBYN BRODIGAN on her own behalf, and the marital community of MICHAEL BRODIGAN and ROBYN BRODIGAN;<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, a District of Columbia Corporation,<br><br>Defendant. | CASE NO. 2:18-cv-00071-RSM<br><br>PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL |

TO: THE ABOVE CAPTIONED COURT

AND TO: DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK

AND TO: ATTORNEYS FOR DEFENDANT



bishoplegal
19743 First Avenue South
Normandy Park, WA 98148-2401
Tel: (206) 592-9000
Fax: (206) 592-9001

COME NOW the Plaintiffs herein, and each of them, through their undersigned counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss this entire case. Such dismissal shall be **without prejudice**, with each side to bear its own costs and fees.

DATED this 29th day of January, 2018.

BISHOP LEGAL

Raymond E. S. Bishop
WSBA No. 22794
ray@bishoplegal.com
Attorneys for Plaintiffs

BISHOP LEGAL

Derek K. Moore
WSBA No. 37921
derek@bishoplegal.com
Attorneys for Plaintiffs



bishoplegal
19743 First Avenue South
Normandy Park, WA 98148-2401
Tel: (206) 592-9000
Fax: (206) 592-9001

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date a copy of the foregoing was served on the party mentioned below as indicated:

| | |
|---|---|
| Tim D. Wackerbarth<br>Andrew G. Yates<br>Warren E. Babb, Jr.<br>Rachel B. Greenlee<br><br>Lane Powell PC<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 913012<br>Seattle, WA 98111-9402<br><br>wackerbartht@lanepowell.com<br>yatesa@lanepowell.com<br>babbw@lanepowell.com<br>greenleer@lanepowell.com<br><br>***Attorneys for Defendant Amtrak*** | ☒ via U.S. Mail, first class, postage prepaid<br>☐ via Legal Messenger Hand Delivery<br>☐ via Facsimile<br>☒ via CM / ECF E-Service<br>☐ via E-mail: |

Dated this 29th day of January, 2018, at Normandy Park, Washington.

Derek K. Moore, WSBA No. 37921
Bishop Legal
19743 1st Avenue South
Seattle, WA 98148
Telephone: (206) 592-9000
*Attorneys for Plaintiffs*



bishoplegal
19743 First Avenue South
Normandy Park, WA 98148-2401
Tel: (206) 592-9000
Fax: (206) 592-9001